UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE No. 3:11-CR-64(01)RM |
| ) | |
| TIMOTHY D. ROTTET ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 27, 2011 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Timothy D. Rottet's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 26 U.S.C. §§ 5861(d) and 5871.

SO ORDERED.

ENTERED: October 20, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court